UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 08-321 (RHK)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| PAMELA LYNN PAIST, ) | |
| ) | |
| Defendant. ) | |

Based on defendant's motion for an extension in the deadlines for sentencing submissions in this case, and for good cause shown, IT IS ORDERED that:

Defendant's motion is GRANTED. Any objections to the Presentence Investigation Report shall be submitted to the Probation Office on or before March 13, 2009. Any sentencing documents shall be submitted to the Court on or before March 27, 2009.

There will be no further extensions.

Dated: March 2, 2009

s/Richard H. Kyle
Honorable Richard H. Kyle
Senior United States District Judge